IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIM. NO. 13-562 |
| ADRIAN PALMER | : |

ORDER

AND NOW, this _____ day of September, 2019, having considered the government's motion to unimpound the judgment as to the Pennsylvania State Police, Megan's Law Section, IT IS HEREBY ORDERED that the motion is GRANTED, and the government may provide a copy of the judgment to the Pennsylvania State Police, Megan's Law Section.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES, II
*United States District Court Judge*