# United States District Court

for the

## Eastern District of Pennsylvania

September 12, 2024

U.S.A. vs. Adrian Palmer                                  Case No.: 2:13CR000562-001

### Petition on Supervised Release

COMES NOW Keith Morris U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Adrian Palmer was placed on supervised release by the Honorable C. Darnell Jones, II sitting in the Court at Philadelphia, PA, on the 9th day of April 2015, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE: Conspiracy to commit sex trafficking of a minor (Count One), sex trafficking of a minor (Count Two), and attempted sex trafficking of a minor (Count Three).

ORIGINAL SENTENCE: The defendant was committed to the custody of the U.S. Bureau of Prisons for a total term of 80 months, followed by five years of supervised release. A special assessment of $300.00 was imposed.

SPECIAL CONDITIONS: 1) The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the probation officer; and 2) The defendant shall pay restitution in the amount of $1,400.00. The Court will waive the interest requirement in this case.

SUPERVISION
COMMENCED: September 27, 2019

SUPERVISION
TERMINATES: September 26, 2024

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Palmer's term of supervision is due to expire on September 26, 2024, and will have a restitution balance. Mr. Palmer has made a fair adjustment to supervision. He lives alone and is employed at IHOP as a dishwasher. He remains current with his sex offender registration requirements.

Mr. Palmer paid his special assessment in full as of August 13, 2020. Also on that date, he paid $275.00 toward his restitution obligation in this case, leaving a balance of $1,125.00. On March 30, 2021, Mr. Palmer made a payment of $1,126.00 which was intended to satisfy his restitution obligation. However, the Clerk's Office applied that amount toward restitution under Case No.: 2:02CR000541-001. Supervised release in that case closed on January 2, 2005. The order of payment distribution is controlled by the Clerk's Office. Therefore, a restitution balance of $1,125.00 remains outstanding in Case No.: 2:13CR000562-001.

According to Section 18 U.S.C. § 3613(b), the liability to pay a fine shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment of the person fined, or upon the death of the individual fined. In addition, according to Section 18 U.S.C. §3613(f), in accordance with § 3664(m)(1)(A) of this title, all provisions of this section are available to the United States for the enforcement of an order of restitution.

At this time, we are requesting that Your Honor permit the term of supervision to terminate as scheduled with a restitution balance.

**RE: Palmer, Adrian**
**Case No.: 2:13CR000562-001**

The Financial Litigation Unit of U.S. Attorney's Office has previously been made aware of Mr. Palmer's payment situation but will be notified of his upcoming expiration date. The U.S. Attorney's Office will monitor and collect this debt beyond the period of supervision, taking collection action as deemed necessary.

**PRAYING THAT THE COURT WILL ORDER...**　　**THAT THE DEFENDANT'S TERM OF SUPERVISED RELEASE BE PERMITTED TO TERMINATE ON ITS ORIGINAL EXPIRATION DATE OF SEPTEMBER 26, 2024, WITH A RESTITUTION BALANCE.**

I declare under penalty of perjury that the foregoing is true and correct.

**Valerie L. Riedel** Digitally signed by Valerie L. Riedel
Date: 2024.09.12 15:55:27 -04'00'

Valerie L. Riedel
Supervising U.S. Probation Officer

Place: Philadelphia, PA
Date: September 12, 2024

cc:　　U.S. Attorney's Office - Financial Litigation Unit
　　　　Defendant's Attorney
　　　　Defendant

ORDER OF THE COURT

Considered and ordered this ___17th___
day of ___September___, ___2024___
and ordered filed and made part of the records
in the above case.

_____
U.S. District Court Judge